IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MTDB CORP. d/b/a STRIKER LANES,<br><br>   *Plaintiff*<br>vs.<br><br>AMERICAN AUTOMOBILE INSURACNE COMPANY, d/b/a FIREMAN'S FUND/ALLIANZ,<br><br>   *Defendant.* | Assigned Judge: Hon. Andrea R. Wood<br><br>Magistrate: Hon. Jeffrey I. Cummings |

Case Number: 1:20-cv-03127

### PLAINTIFF'S RULE 41(a)(1)(A)(ii) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST AMERICAN AUTOMOBLIE INSURANCE COMPANY

The Parties, by undersigned Counsel, hereby agree to voluntarily dismiss Plaintiff's complaint, without prejudice, against Defendant, AMERICAN AUTOMOBLIE INSURANCE COMPANY, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: July 20, 2020

| | |
|---|---|
| *[signature]* | Respectfully Submitted,<br><br>*[signature]* |
| Attorney for the Plaintiff | Attorney for the Defendant |
| Antonio M. Romanucci<br>Gina A. Deboni<br>David A. Neiman<br>Sarah E. King<br>**ROMANUCCI & BLANDIN, LLC** | Bruce Celebrezze<br>**CLYDE & CO US, LLP**<br>4 Embarcadero Center, Suite 1350<br>San Francisco, CA 94111<br>Tel: (415) 365-9800 |

321 N. Clark St, Suite 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
aromanucci@rblaw.net
gad@rblaw.net
dneiman@rblaw.net
sking@rblaw.net

Fax: (415) 365-9801
Bruce.Celebrezze@clydeco.us

Nicholas A. DiCello
Dennis R. Lansdowne
Stuart Scott
Jeremy A. Tor
**SPANGENBERG, SHIBLEY & LIBER, LLP**
1001 Lakeside Ave., Suite 1700
Cleveland, Ohio 44114
ndicello@spanglaw.com
dlansdowne@spanglaw.com
jtor@spanglaw.com

Robert P. Rutter
Robert A. Rutter
**RUTTER & RUSSIN, LLC**
One Summit Office Park, Suite 650
4700 Rockside Road
Cleveland, Ohio 44131
(216) 642-1425
brutter@IllinoisInsurnaceLawyer.com